UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID C LETTIERI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 25-cv-11174-AK |
| FEDERAL MEDICAL CENTER DEVENS MAILROOM, et al., | ) |
| Defendants. | ) |

## ORDER

**KELLEY, D.J.**

Plaintiff David Lettieri, who is self-represented, brings this action against "Federal Medical Center Devens Mailroom" and three correctional officers, alleging they failed to treat mail sent to him from another federal district court as "special mail" to be opened only in his presence. [Dkt. 1]. Lettieri alleges that, when he submitted a grievance about this matter, FMC Devens staff "made it clear [he] cannot do a grievance since it's a repeated issue that won't get resolved." [Id. at 2] (punctuation standardized). The Defendants allegedly told Lettieri that, if he continued to file grievances, he would be transferred or his ability to file grievances would be restricted. [Id.]. Lettieri interpreted this as a "clear threat." [Id.]. Lettieri stated that a "court order" was "necessary" to require the Defendants to comply with the proper Bureau of Prisons procedures concerning the processing of legal mail, as defined by federal regulations. [Id.].

At issue now is resolution of the $405 filing fee. When Lettieri commenced this action, he filed a motion for leave to proceed *in forma pauperis*. [Dkt. 7]. On July 1, 2025, Magistrate Judge Boal entered an order denying without prejudice Lettieri's motion for leave to proceed *in*

*forma pauperis*.  [Dkt. 12].  Judge Boal found that Lettieri is a "three strikes" litigant and could not proceed without prepayment of the filing fee because he is not "under imminent danger of serious physical injury" with regard to the Defendants' alleged misconduct.  See 28 U.S.C. § 1915(g).  Judge Boal directed Lettieri to pay the $405 filing fee or show cause why he should not be required to do so.  Judge Boal stated that failure to do so might result in dismissal of this action by a District Judge.

On July 17, 2025, Lettieri responded to Judge Boal's order as follows:

If not mistaken the petitioner has a right to objection on such matter.

The petitioner stated that [he] was threatened by [Defendants] which was to be transfer[red] or limited on grievances which transfer involved being stabbed.

Here, the Magistrate ignored such matters which states the petitioner must be stabbed.  Second the petitioner is unlawfully in special housing which can't access anything so as such "imminent danger" is applying or does the District not believe in such.

Thus a clear error [has been] made.

[Dkt. 14].

Under the Federal Rules of Civil Procedure, when a party objects to the order of a magistrate judge on a nondispositive matter, "the district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."  Fed. R. Civ. P. 72(a).  Here, Judge Boal's July 1, 2025 order is neither clearly erroneous nor contrary to law.  The relief Lettieri requests in his complaint is that the Bureau of Prisons be required to follow its own regulations concerning the handling of special mail.  And, although Lettieri did allege that the Defendants told him that he might be transferred if he continued to file grievances, the complaint is devoid of any mention that the Defendants' alleged misconduct puts him at risk of being stabbed.

Further, even where Lettieri has explicitly alleged that he might be transferred to another prison where he could be stabbed, this Court has found that any such injury was "entirely speculative and not imminent." See Lettieri v. Fed. Med. Ctr. Devens, C.A. No. 25-11464-AK (D. Mass. Aug. 12, 2025) [Dkt. 6 at 3].[1]

Accordingly, if Lettieri wishes to pursue this action, he must, within twenty-eight (28) days, pay the $405 filing fee. Failure to do so will result in dismissal of this action without prejudice.

**SO ORDERED.**

Dated: September 3, 2025                     /s/ Angel Kelley
                                             Hon. Angel Kelley
                                             United States District Judge

---

[1] Lettieri has filed a notice of appeal with regard to this order. See Lettieri v. Fed. Med. Ctr. Devens, C.A. No. 25-11464-AK (D. Mass. Aug. 22, 2025) [Dkt. 8].