**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DAVID C LETTIERI, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL MEDICAL CENTER DEVENS MAILROOM, et al., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 25-cv-11174-AK |

**ORDER**

**KELLEY, D.J.**

In light of the March 25, 2026 judgment and May 19, 2026 mandate of the United States Court of Appeals for the First Circuit [Dkt. 23; 24], the Court hereby directs Lettieri to pay the $405 filing fee within twenty-eight (28) days if he wishes to pursue this action. Failure to do so will result in dismissal of this action without prejudice.

**SO ORDERED.**

Dated: June 8, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge